IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAN CAPITAL ASSET SERVICING INC. f/k/a NEWLOGIC BUSINESS LOANS, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:20-cv-03215-M-BT |
| BANA FOOD INC. d/b/a BANA FOOD INC. and NOORDIN ALLAUDIN a/k/a NOORDIN A. ALLUDIN a/k/a ALLAUDIN NOORDIN ALI, | § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 29, 2021. (ECF No. 21). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 19th day of November, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1